UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DUNKIN' DONUTS FRANCHISING LLC and DD IP HOLDER LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No. 1:19-CV-12395-LTS |
| v. | ) ) | |
| RMG DONUTS, LLC, RALPH F. D'ALELIO, JR., GARY J. D'ALELIO, and MICHELE J. LAWLOR, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to FRCP 41(a)(1)(A)(ii), Plaintiffs, Dunkin' Donuts Franchising LLC and DD IP Holder LLC ("Plaintiffs") and Defendants, RMG Donuts, LLC, Ralph F. D'Alelio, Jr., Gary J. D'Alelio and Michele J. Lawlor ("Defendants") (together, the "Parties"), having agreed to a resolution, hereby stipulate to the dismissal of this action with prejudice.  Each party hereby waives their right to appeal from this dismissal with prejudice.

*[Signatures on next page]*

| | |
|---|---|
| Dunkin' Donuts Franchising LLC and DD IP Holder LLC, | RMG Donuts, LLC, Ralph F. D'Alelio, Jr., Gary J. D'Alelio and Michele J. Lawlor, |
| By their attorneys, | By their attorneys, |
| */s/ John A. Donovan* <br> John A. Donovan III (BBO# 631110) <br> Michael J. Maxey (BBO# 694719) <br> Sloane and Walsh LLP <br> One Center Plaza <br> Boston, MA 02108 <br> JDonovan@sloanewalsh.com <br> MMaxey@sloanewalsh.com <br> (617) 523-6010 <br> (617) 227-0927 | */s/ William T. Hogan III* <br> William T. Hogan III (BBO# 237710) <br> bill.hogan@nelsonmullins.com <br> Nelson Mullins Riley & Scarborough LLP <br> One Post Office Square, 30th Floor <br> Boston, MA 02109 <br> (617) 217-4700 <br> (617) 217-4710 |

Dave E. Worthen
Plave Koch PLC
12005 Sunrise Valley Drive
Suite 200
Reston, VA 20191
dworthen@plavekoch.com
(703) 774-1200
(703) 774-1201

Dated: March 3, 2020

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on this date.

Dated: March 3, 2020

              */s/ William T. Hogan III*
              William T. Hogan III